# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

TRUSTEE OF THE PLUMBERS AND )
PIPEFITTERS NATIONAL PENSION )
FUND, et al., )
                            )
     Plaintiffs, )
                            )
v.                            )    Civil Action No. 1:18cv1292
                            )
JLB CONSTRUCTION ENTERPRISES, )
INC., )
     Defendant. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated February 4, 2019. Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case and having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. This Court adopts the Magistrate Judge's Report and Recommendation. Therefore, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment be GRANTED, and default judgment be entered in favor of the National Pension Fund against defendant on Count I of the Complaint in the amount of $6,342.58, and that a default

judgement be entered in favor of the International Training Fund against defendant on Count II of the Complaint in the amount of $106.02.

／s／ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 26, 2019